# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2033
Lower Tribunal No. 2023-DP-000027

———————————————

In the Interest of A.R., D.L., and J.W., children.

A.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM,

Appellees.

———————————————

Appeal from the Circuit Court for Highlands County.
David V. Ward, Judge.

May 30, 2025

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


A.R., Avon Park, pro se.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, and Jamie Billotte Moses, of MMPO Defense and Defending Best Interests, Orlando, for Appellee, Statewide Guardian ad Litem.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED